01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08
RONALD L. ALTUNA,                    )
09                                   )
                Petitioner,          )    CASE NO.      C10-1980-MJP
10                                   )
          v.                         )
11                                   )
E. BRADFORD BALES,                   )    REPORT AND RECOMMENDATION
12                                   )
                Respondent.          )
13 _____    )

14          On December 8, 2010, petitioner Ronald Altuna presented to this Court for review a

15   petition for writ of habeas corpus under 28 U.S.C. § 2254.  (*See* Dkt. No. 1.)  However,

16   petitioner failed to submit with his petition either the $5 filing fee or the documents necessary to

17   request leave to proceed with this action *in forma pauperis*.   The Clerk therefore sent petitioner

18   a letter advising him that he would have to submit either the necessary documentation to request

19   *in forma pauperis* status or the $5 filing fee on or before January 10, 2011, and that his failure to

20   do so could result in dismissal of his case.   (Dkt. No. 3.)   To date, petitioner has neither paid

21   the filing fee nor submitted the documentation necessary to request *in forma pauperis* status.

22          As petitioner has had ample time to comply with the filing fee requirement, but has

REPORT AND RECOMMENDATION
PAGE -1

01  failed to do so, this Court recommends that the instant action be dismissed without prejudice for

02  failure to prosecute.   A proposed Order accompanies this Report and Recommendation.

03         DATED this 3rd day of March, 2011.

05  _____
    Mary Alice Theiler
06  United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2