UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD L. ALTUNA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> E. BRADFORD BALES, ) <br> ) <br> Respondent. ) <br> _____ ) | CASE NO.   C10-1980-MJP <br><br> ORDER DENYING § 2254 PETITION <br> AND DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, and noting the lack of any objections, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   This action is DISMISSED without prejudice for failure to prosecute; and

(3)   The Clerk shall direct copies of this Order to petitioner and to Judge Theiler.

DATED this 28th day of March, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER DENYING § 2254 PETITION
AND DISMISSING ACTION
PAGE -1